Affirmed and Opinion filed December 4, 2003









Affirmed and Opinion filed December 4, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01110-CR

____________

 

DAVID LEE SMITH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 339th
District Court

Harris County, Texas

Trial Court Cause No. 895,404

 



 

M E M O R A N D U M  
O P I N I O N

A jury found appellant guilty to the offense of failure to
comply with sex offender registration requirements.  On October 23, 2002, the trial court
sentenced appellant to four years= confinement in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed a notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed December 4, 2003.

Panel consists of Acting Chief
Justice Eva M. Guzman and Justices Edelman and  Frost.

Do Not Publish C Tex. R.
App. P. 47.2(b).